```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW HAMPSHIRE
```

Jonathan Andrew Perfetto

      v.                                            Civil No. 14-cv-556-PB

Jane Doe, et al


O R D E R

After due consideration of the objections filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated May 20, 2015.  All claims, with the exception of the excessive force claim asserted against Jonathan Plumpton, are hereby dismissed.

    SO ORDERED.

                                    /s/ Paul Barbadoro_____
                                    Paul Barbadoro
                                    United States District Judge

Date: June 15, 2015

cc:   Jonathan Andrew Perfetto, pro se