UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

*********************************************
Jonathan Perfetto,
    Plaintiff, *Pro se*,
v.
Marc Cusson, Superintendent David Dionne,
    & Marie Blanchette,
    Defendants.
*********************************************

No. 1:14-cv-00556-AJ

### PARTIES' STIPULATION OF DISMISSAL AS TO ALL DEFENDANTS AND CLAIMS, PER FRCP 41 (a)

NOW COME plaintiff Jonathan Perfetto, *Pro Se*, and the defendants, Marc Cusson, Superintendent David Dionne and Marie Blanchette, and file this stipulation of dismissal, as to all defendants and claims, for docketing, approval and application, stating as follows:

1. Federal Rule of Civil Procedure 41 provides in pertinent parts:

   (a) Voluntary Dismissal.
   (1) By the Plaintiff.
   ................ the plaintiff may dismiss an action without a court order by filing:
   ....................
   (ii) a stipulation of dismissal signed by all parties who have appeared.

2. The parties, via the plaintiff (and his agent, Karen Hart) and defense counsel (via the efforts of Captain Scurry of the HCDOC) have coordinated a means for the plaintiff to initiate and ensure submission to and acceptance by HCDOC of religious material which Mr. Perfetto seeks to be made available for other prisoners. The parties have agreed that this process will achieve the ends sought by Mr. Perfetto in the factual events underlying this case and would constitute sufficient bases for the parties to dismiss and non suit this litigation at this point.

3. The parties now request that the docket reflect dismissal of these defendants and claims, and that such entry be with prejudice, pursuant to FRCP 41 (a)(1)(B).

4. A copy of this is being provided to defense counsel serving as signatory to this pleading via ECF means (on Mr. Perfetto's execution and filing with the court). See Local Rules 7.1 and 7.2.

WHEREFORE the plaintiff and defendants to this matter, enter into and docket this stipulation, pursuant to FRCP 41(a), and request that such disposition be entered, approved and this case closed on the docket, by agreement, and be voluntarily dismissed, *with prejudice.*

Respectfully submitted,

By: Jonathan Perfetto, *Pro Se*

Date: 12/18/ 2017 Signed: ______________________

Jonathan Perfetto, *Pro Se,* # 3022186
Montana State Prison
B Unit – Cell 246
700 Conley Lake Rd.
Deerlodge, MT 59722

Respectfully submitted,

Superintendent David Dionne,
Marc Cusson (former Capt. HCDOC, retired) &
Marie Blanchette

By their counsel,

Curtin, Murphy & O'Reilly, PC

Date: December 12, 2017 ______________________

John A. Curran (NH Bar #8150)
20 Trafalgar Square, Suite 201
Nashua, NH 03063
Tel: (603) 888-7188; Email: jcurran@cmopc.com

## Certificate of Service

I hereby certify that a copy of this filing is being mailed to the US District Court for the District of NH and that opposing counsel, John A. Curran, will be copied by ECF.

Signed: _____
Jonathan Perfetto, *Pro Se*

Jonathan A. Perfetto
~~30261~~ 3022106
MSP B-246
700 Conley Lake Rd.
Deer Lodge, MT 59722

MONTANA STATE
20 DEC 2017 PM 1 L

neopost
12/19/2017
US POSTAGE $000.49⁰

ZIP 59722
041M12250403

Office of the Clerk
U.S. District Court for the District of NH
55 Pleasant Street, Room 110
Concord, NH 03301-3941

Reviewed/Approved
Unit Staff
[Please Print]

Harris